**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE MOORE, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **Case No. 16-Cv7553** |
| LIBERTY POWER HOLDINGS LLC, a Delaware limited liability company, and N S UNIVERSAL ENTERPRISE, INC. d/b/a Intersoft BPO Solutions, | ) ) ) ) | **Judge Samuel Der-Yeghiayan** **Magistrate Judge M. David Weisman** |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW APPEARANCES

Jonathan N. Ledsky and Scott J. Helfand ("Movants"), attorneys of record for Liberty Power Holdings LLC ("Liberty Power"), move to withdraw their appearances (Doc. Nos. 7 and 8). In support of this motion, Movants state:

1. Previously, Movants appeared as counsel of record for Liberty Power.

2. Liberty Power has retained different counsel.

3. New counsel has now appeared for Liberty Power. Specifically, on April 10, 2017, Jeffrey P. Brundage of Eckert Seamans Cherin & Mellott, LLC filed his motion for leave to appear pro hac vice on behalf of Liberty Power (Doc. No. 35). On April 11, Keith E. Smith of Eckert Seamans Cherin & Mellott, LLC filed his motion for leave to appear pro hac vice on behalf of Liberty Power (Doc. 36). This Court granted these motions on April 12 (Doc. No. 37).

4. In addition, on April 12, 2017, the Law Office of Scott P. Seder LLC filed his appearance on behalf of Liberty Power (Doc. No. 38).

5. This motion is made in good faith and not for purposes of delay.

WHEREFORE, Jonathan N. Ledsky and Scott J. Helfand respectfully request leave to withdraw their appearances on behalf of Liberty Power.

Dated:  April 24, 2017                                  Respectfully submitted,

                                                        JONATHAN N. LEDSKY AND SCOTT J. HELFAND


                                                        By:      /s/ Jonathan N. Ledsky            


Jonathan N. Ledsky
jonathan.ledsky@huschblackwell.com
Scott J. Helfand
scott.helfand@huschblackwell.com
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500 Telephone
(312) 655-1501 Facsimile

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 24, 2017, I electronically filed the foregoing, **Motion to Withdraw Appearances**, using the CM/ECF system which will send notification of such filing to the following:

Paul F. Markoff
paul@markleinlaw.com

Karl G. Leinberger
karl@markleinlaw.com

Charles A. Zdebski
czdebski@eckertseamans.com

Jeffrey P. Brundage
jbrundage@eckertseamans.com

Keith E. Smith
ksmith@eckertseamans.com

Scott P. Seder
scott@scottpsederlaw.com

/s/ Jonathan N. Ledsky

3