**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| George Moore | ) | |
| Plaintiff | ) | Case No: 16 C 7553 |
| | ) | |
| v. | ) | |
| | ) | Judge: Samuel Der-Yeghiayan |
| Liberty Power Holdings LLC | ) | |
| Defendant | ) | |
| | ) | |

**<u>ORDER</u>**

Jonathan Ledsky and Scott J. Helfand's motion for leave to withdraw as counsel for Defendant [43] is granted. Noticed motion date of 04/27/17 is stricken.

Date: <u>April 26, 2017</u>

/s/ _Samuel Der-Yeghiayan_

Samuel Der-Yeghiayan
U.S. District Court Judge