IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) No. 16 C 7553 ) ) Judge Der-Yeghiayan |
| v. | ) ) Magistrate Weisman |
| LIBERTY POWER HOLDINGS LLC, a Delaware limited liability company, and N S UNIVERSAL ENTERPRISE, INC. d/b/a Intersoft BPO Solutions, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff George Moore and Defendant Liberty Power Holdings LLC,[1] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that that this action is dismissed with prejudice, no class having been certified in this action, no motion for class certification pending, and each Party to pay its own attorneys' fees and costs except as otherwise provided by law or contract.

| | |
|---|---|
| GEORGE MOORE, Plaintiff, | LIBERTY POWER HOLDINGS LLC, Defendant, |
| By: s/ Paul F. Markoff One of his attorneys | By: s/ Jeffrey P. Brundage One of its attorneys |
| Paul F. Markoff Karl G. Leinberger Markoff Leinberger LLC 134 N LaSalle St Ste 1050 Chicago, IL 60602 312.726.4162 (p) 312.674.7272 (f) paul@markleinlaw.com karl@markleinlaw.com | Charles A. Zdebski Jeffrey P. Brundage Eckert Seamans Cherin & Mellott LLC 1717 Pennsylvania Ave NW Ste 1200 Washington DC 20006 202.659.6676 (p) 202.659.6699 (f) czdebski@eckertseamans.com) jbrundage@eckertseamans.com) |

---

[1] Defendant N S Universal Enterprise, Inc. has not appeared in this action and is, therefore, not required to sign this stipulation. However, this action is being dismissed in its entirety, including as to N S Universal Enterprise, Inc.

Keith E. Smith
Eckert Seamans Cherin & Mellott LLC
50 S 16th St Ste 2200
Philadelphia PA 19102
215.851.8403 (p)
215.851.8383 (f)
ksmith@eckertseamans.com)

Scott P. Seder
Law Office of Scott P. Seder LLC
980 N Michigan Ave Ste 1400
Chicago IL 60611
312.636.4639 (p)
scott@scottpsederlaw.com)

### CERTIFICATE OF SERVICE

I certify that I served a copy of this *Stipulation of Dismissal* on the following electronically by using the CM/ECF system on this 27th day of July, 2017:

Charles A. Zdebski (czdebski@eckertseamans.com)
Jeffrey P. Brundage (jbrundage@eckertseamans.com)
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW Ste 1200
Washington DC 20006
202.659.6676 (p)
202.659.6699 (f)

Keith E. Smith (ksmith@eckertseamans.com)
Eckert Seamans Cherin & Mellott LLC
50 S 16th St Ste 2200
Philadelphia PA 19102

Scott P. Seder (scott@scottpsederlaw.com)
Law Office of Scott P. Seder LLC
980 N Michigan Ave Ste 1400
Chicago IL 60611

s/ Paul F. Markoff
Paul F. Markoff